UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELYESE ANDERSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:06CV919 HEA |
| | ) |
| MICHAEL WADDLE, et al., | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

This matter is before the Court on Movant, Missouri Department of Social Services' Motion to Quash or Modify Plaintiffs' Notice of Deposition and Subpoena, [Doc. No. 185]. Plaintiffs have responded to the motion, as have Defendants Waddle, Jeff Hall, Cindy Ayers, Dana Martin, Denise Cross, Jerrie Jacobs-Kenner, Christine White, Donna Rohrbach, Pam McGowan, James Harrison, Mac Abernathy, and Richard Engelhardt. The Court held a telephone conference on April 22, 2009 with counsel for Movant and Plaintiffs.

Based on the pleadings and arguments of counsel, the Court finds the Motion well taken, pursuant to Sections 210.109.3(3) and 210.150 of the Missouri Revised Statutes and 42 U.S.C. § 5106a(b)(3).

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Quash or Modify Plaintiffs' Notice of Deposition and Subpoena, [Doc. No. 185], is **GRANTED**.

Dated this 23rd day of April, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE