UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ELYESE ANDERSON et al.,                    )
                                           )
          Plaintiffs,                      )
                                           )
     vs.                                   )          Case No.   4:06CV919 HEA
                                           )
MICHAEL WADDLE, et al.,                    )
                                           )
          Defendants.                      )

## ORDER

**IT IS HEREBY ORDERED** that a status conference is set in this matter for Thursday,

March 11, 2010, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 1st day of March, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE