UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELYESE ANDERSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06CV919 HEA |
| ) | |
| MICHAEL WADDLE., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that a status conference is set in this matter for Wednesday, August 4, 2010, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 27th day of July, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE