# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

LEIGHA LAWSON, CHELSEA GRINNALL MOORE,
DOUG O'NEILL, HEARTLAND ACADEMY COMMUNITY
CHURCH AND CNS INTERNATIONAL MINISTRIES, INC.,

    Plaintiff(s),

v.

MICHAEL WADDLE, JEFF HALL, CINDY AYERS,
DENISE CROSS, JERRIE JACOBS-KENNER, AND
CHRISTINE WHITE,

    Defendant(s).

CASE NUMBER: 4:06CV919 HEA

**X**      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐      **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that on VERDICT A, the claim of plaintiff Leigha Lawson for unlawful seizures against Defendant Michael Waddle, as submitted in Instruction 16, we find in favor of Defendant Waddle. On claim of plaintiff Leigha Lawson for unlawful seizure against Defendant Jeff Hall, as submitted in Instruction 17, we find in favor of Defendant Hall. On claim of plaintiff Leigha Lawson for unlawful seizure against Defendant Cindy Ayers, as submitted submitted in Instruction 18, we find in favor of Defendant Ayers. On the claim of plaintiff Leigha Lawson for unlawful seizures against Defendant Denise Cross, as submitted in Instruction 19, we find in favor of Defendant Cross. On the claim of plaintiff Leigha Lawson for unlawful seizures against Defendant Jerrie Jacobs-Kenner, as submitted in Instruction 20, we find in favor of Defendant Jacobs-Kenner. On the claim of plaintiff Leigha Lawson for unlawful seizures against Defendant Christine White, as submitted in Instruction 21, we find in favor of Defendant White. One the claim of plaintiff Leigha Lawson for interference with her associational rights against Defendant Michael Waddle, as submitted in Instruction

23, we find in favor of Defendant Waddle. One the claim of plaintiff Leigha Lawson for interference with her associational rights against Defendant Jeff Hall, as submitted in Instruction 24, we find in favor of Defendant Hall. One the claim of plaintiff Leigha Lawson for interference with her associational rights against Defendant Cindy Ayers, as submitted in Instruction 25, we find in favor of Defendant Ayers. One the claim of plaintiff Leigha Lawson for interference with her associational rights against Defendant Denise Cross, as submitted in Instruction 26, we find in favor of Defendant Cross. On the claim of plaintiff Leigha Lawson for interference with her associational rights against Defendant Jerrie Jacobs-Kenner, as submitted in Instruction 27, we find in favor of Defendant Jacobs-Kenner. One the claim of plaintiff Leigha Lawson for interference with her associational rights against Defendant Christine White, as submitted in Instruction 28, we find in favor of Defendant White.

  VERDICT B , on the claim of plaintiff Chelsea Grinnall Moore for unlawful seizure against Defendant Michael Waddle, as submitted in Instruction 30, we find in favor of Defendant Waddle. On the claim of plaintiff Chelsea Grinnall Moore for unlawful seizure against Defendant Jeff Hall, as submitted in Instruction 31, we find in favor of Defendant Hall. On the claim of plaintiff Chelsea Grinnall Moore for unlawful seizure against Defendant Cindy Ayers, as submitted in Instruction 32, we find in favor of Defendant Ayers. On the claim of plaintiff Chelsea Grinnall Moore for unlawful seizure against Defendant Denise Cross, as submitted in Instruction 33, we find in favor of Defendant Cross.On the claim of plaintiff Chelsea Grinnall Moore for unlawful seizure against Defendant Jerrie Jacobs-Kenner, as submitted in Instruction 34, we find in favor of Defendant Jacobs-Kenner. On the claim of plaintiff Chelsea Grinnall Moore for unlawful seizure against Defendant Christine White, as submitted in Instruction 35, we find in favor of Defendant White. On the claim of plaintiff Chelsea Grinnall Moore for interference with her associational rights against Defendant Michael Waddle, as submitted in Instruction 37, we find in favor of Defendant Waddle. On the claim of plaintiff Chelsea Grinnall Moore for interference with her associational rights against Defendant Jeff Hall, as submitted in Instruction 38, we find in favor of Defendant Hall. On the claim of plaintiff Chelsea Grinnall Moore for interference with her associational rights against Defendant Cindy Ayers, as submitted in Instruction 39, we find in favor of Defendant Ayers. On the claim of plaintiff Chelsea Grinnall Moore for interference with her associational rights against Defendant Denise Cross, as submitted in Instruction 40, we find in favor of Defendant Cross. On the claim of plaintiff Chelsea Grinnall Moore for interference with her associational rights against Defendant Jerrie Jacobs-Kenner, as submitted in Instruction 41, we find in favor of Defendant Jacobs-Kenner. On the claim of plaintiff Chelsea Grinnall Moore for interference with her associational rights against Defendant Christine White, as submitted in Instruction 42, we find in favor of Defendant White.

VERDICT C, On the claim of plaintiff Doug O'Neill for violation of his family integrity rights against Defendant Michael Waddle, as submitted in Instruction 44, we find in favor of Defendant Waddle. On the claim of plaintiff Doug O'Neill for violation of his family integrity rights against Defendant Jeff Hall, as submitted in Instruction 45, we find in favor of Defendant Hall. On the claim of plaintiff Doug O'Neill for violation of his family integrity rights against Defendant Cindy Ayers, as submitted in Instruction 46, we find in favor of Defendant Ayers. On the claim of plaintiff Doug O'Neill for violation of his family integrity rights against Defendant Denise Cross, as submitted in Instruction 47, we find in favor of Defendant Cross. On the claim of plaintiff Doug O'Neill for violation of his family integrity rights against Defendant Jerrie Jacobs-Kenner, as submitted in Instruction 48, we find in favor of Defendant Jacobs-Kenner. On the claim of plaintiff Doug O'Neill for violation of his family integrity rights against Defendant Christine White, as submitted in Instruction 49, we find in favor of Defendant White. On the claim of plaintiff Doug O'Neill for interference with is associational rights against Defendant Michael Waddle, as submitted in Instruction 51, we find in favor of Defendant Waddle. On the claim of plaintiff Doug O'Neill for interference with is associational rights against Defendant Jeff Hall, as submitted in Instruction 52, we find in favor of Defendant Hall. On the claim of plaintiff Doug O'Neill for interference with is associational rights against Defendant Cindy Ayers, as submitted in Instruction 53, we find in favor of Defendant Ayers. On the claim of plaintiff Doug O'Neill for interference with is associational rights against Defendant Denise Cross, as submitted in Instruction 54, we find in favor of Defendant Cross. On the claim of plaintiff Doug O'Neill for interference with is associational rights against Defendant Jerrie Jacobs-Kenner, as submitted in Instruction 55, we find in favor of Defendant Jacobs-Kenner. On the claim of plaintiff Doug O'Neill for interference with is associational rights against Defendant Christine White, as submitted in Instruction 56, we find in favor of Defendant White.

VERDICT D, On the claim of plaintiff Heartland Academy Community Church for interference with its associational rights against Defendant Denise Cross, as submitted in Instruction 58, we find in favor of Defendant Cross. On the claim of plaintiff Heartland Academy Community Church for interference with its associational rights against Defendant Jerrie Jacobs-Kenner, as submitted in Instruction 59, we find in favor of Defendant Jacobs-Kenner. On the claim of plaintiff Heartland Academy Community Church for interference with its associational rights against Defendant Christine White, as submitted in Instruction 60, we find in favor of Defendant White.

VERDICT E, On the claim of Plaintiff CNS International Ministries, Inc. for interference with its associational rights against Defendant Denise Cross, as submitted in Instruction 62, we find in favor of Defendant Cross. On the claim of Plaintiff CNS International Ministries, Inc. for interference with its associational rights against Defendant Jerrie Jacobs-Kenner, as

submitted in Instruction 63, we find in favor of Defendant Jacobs-Kenner. On the claim of Plaintiff CNS International Ministries, Inc. for interference with its associational rights against Defendant Christine White, as submitted in Instruction 64, we find in favor of Defendant White.

Entered this date: November 18, 2010

_C. Alron_

Deputy Clerk,

United States District Court